UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|  | )   1:04-cr-5196 OWW |
| Plaintiff, | ) |
| vs. | ) |
|  | )   ORDER FOR RETURN OF |
| HECTOR GABRIEL MARTINEZ LOPEZ, | )   NOTES AND DEEDS OF TRUST |
|  | ) |
| Defendants. | ) |

The above-named defendant having surrendered to the custody of the Bureau of Prisons as directed;

IT IS HEREBY ORDERED that the Notes and Deed of Trust posted in this matter be returned to the sureties.

Dated: __June 8, 2006__          _/s/ OLIVER W. WANGER_____
                                  OLIVER W. WANGER
                                  United States District Judge